UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA-DAVIS BLAND, <br> Plaintiff, <br> v. <br> SCOTT KERNAN, et al., <br> Defendants. | Case No. 19-cv-02348-HSG <br><br> **ORDER OF TRANSFER** |

Plaintiff, an inmate at High Desert State Prison in Susanville, California, has filed a *pro se* civil rights action against the California Department of Corrections and Rehabilitation ("CDCR") and former CDCR Secretary Scott Kernan, alleging that certain CDCR policies prevent him from practicing his religion. Dkt. No. 1. High Desert State Prison is located in Lassen County, within the venue of the Eastern District of California, and the CDCR is located in Sacramento County, which is also within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 6/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge